**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER JONES, | ) Case No. CV 16-1823-JPR<br>) |
| Plaintiff, | ) **JUDGMENT**<br>) |
| v. | )<br>) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: October 13, 2017

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge